UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No: 10-CV-80581-RYSKAMP/WHITE

JOSE RAFAEL GARCIA ,

    Plaintiff,

v.

PALM BEACH COUNTY
SHERIFF'S DEPT., et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT

**THIS CAUSE** comes before the Court upon the report of United States Magistrate Judge Patrick A. White **[DE 37]** entered on December 3, 2010.  Plaintiff Jose Rafael Garcia filed objections **[DE 43]** on December 28, 2010.  This matter is ripe for adjudication.

The Court has conducted a *de novo* review of the report, objections, applicable law, and pertinent portions of the record.  The Court finds the report to be well-reasoned and correct and the objections to be meritless.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

    (1) The report of Magistrate Judge Patrick A. White **[DE 37]** be, and the same hereby is **RATIFIED**, **AFFIRMED** and **APPROVED** in its entirety;

    (2) Defendant Bradshaw's motion to dismiss **[DE 24]** is **GRANTED**;

1

(3) Defendant Bradshaw is **DISMISSED** from this case pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

(4) Defendant Bradshaw's motion to strike **[DE 28]** is **DENIED AS MOOT**

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 30 day of December, 2010.

/s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE